# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DARRYL A. ROGERS

**FILED**
MAY 0 1 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

MAGISTRATE JUDGE DENLOW

CASE NUMBER:

**08CR 348**

I, Timothy Bacha, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __April 2, 2008__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant DARRYL A. ROGERS did

by force and violence, and by intimidation, take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One bank, located at 2 South State St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is
<span>Official Title</span>

based on the following facts:

   See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes    ___ No

_Timothy E Bacha_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 1, 2008__                           at      __Chicago, Illinois__
Date                                                 City and State

__Morton Denlow, U.S. Magistrate Judge__         _Morton Denlow_
Name & Title of Judicial Officer                  Signature of Judicial Officer

| | |
|---|---|
| **STATE OF ILLINOIS** ) | |
| ) | SS |
| **COUNTY OF COOK** ) | |

I, Timothy E. Bacha, being duly sworn depose and state as follows:

### Introduction

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately twenty-two months. I am assigned to the FBI's Chicago Field Office, Violent Crimes Task Force, and have been on the VCTF for approximately eighteen months. My duties on the VCTF include the investigation of various violent crimes, including bank robberies in violation of 18 U.S.C. § 2113 (a).

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of establishing probable cause that on or about April 2, 2008, DARRYL A. ROGERS did, by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $3289.90 in United States Currency (U.S.C.) belonging to and in the care, custody, control, management, and possession of the Charter One Bank branch office located at 2 South State Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113 (a). Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of which I am aware

related to this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part and are not verbatim.

### April 2, 2008 Robbery of the Charter One Bank

3.  On April 2, 2008, at approximately 4:35 p.m., the Charter One Bank, 2 South State Street, Chicago, Illinois, was robbed by an individual described by bank employees and depicted on bank surveillance cameras as a black male, 6'0" to 6'2", heavy build, approximately thirty to thirty five years of age, and wearing a dark colored hat, dark colored sunglasses and a puffy tan/beige winter jacket ("the robber").

4.  The robber handed Teller A a note which read, "$100's $50's $20's I have Gun!" According to Tellers A and B, the robber then pulled out a black handgun. Teller A advised that he/she did not have much money. The robber stated, "Give me what you got." The robber then pointed the handgun at Teller B and stated, "You too." Teller B asked the robber, "Me too what?" The robber responded, "Give me your money."

5.  After taking the money from Tellers A and B, the robber exited the bank.

6.  A bank audit later showed that $3289.90 was taken from the bank during the robbery.

7.  Members of the VCTF obtained from the Charter One Bank a copy of their Federal Deposit Insurance Commission ("FDIC") certificate, which confirmed that the deposits of Charter One Bank were insured by the FDIC.

8.  After the April 2, 2008 robbery, a flier was distributed to area banks, which included a surveillance photograph of the April 2, 2008 Charter One Bank robber. ("the Flier").

### Identification of Darryl Rogers

9.     On April 30, 2008, an employee ("Employee 1") at the Charter One Bank located at 71 South Wacker Drive, Chicago, Illinois, was working at the computer when s/he noticed a male peering through the window at the bank. Upon initially seeing the male, Employee 1 reviewed the Flier for comparison with the male peering through the window. Employee 1, believing the male was the April 2, 2008 bank robber, immediately notified the police. S/he reported his/her observations to the police and provided them with a description of the individual, whom s/he related was wearing the same jacket, hat, and sunglasses, as pictured in the surveillance photograph. The initial responding officer broadcast the information provided by Employee 1 over the police radio to inform other officers in the area of the incident.

10.    Three Chicago Police Officers responding to the radio broadcast observed a male matching the description given by Employee 1. This male was sitting on a bench near 100 South Wacker Drive, Chicago, Illinois (less than a block from the Charter One Bank at 71 South Wacker Drive). The officers approached the male and found a handgun in the male's right jacket pocket. A later preliminary review of the gun revealed that the gun may be a spring loaded pellet or BB gun. The male, later identified as DARRYL A. ROGERS, was taken into custody and transported to the Chicago Police Departments 1st District..

11.    ROGERS was subsequently interviewed by FBI Agents. Prior to the interview, ROGERS was advised of his Miranda rights orally and in writing. ROGERS waived his Miranda rights and agreed to be interviewed. In summary, ROGERS informed the FBI that he had robbed a Charter One Bank on State Street around April, 2008. ROGERS provided specific details of the bank robbery, which generally matched the details provided by the victims and witnesses following the April 2, 2008 Charter One Bank robbery. Additionally, ROGERS

admitted to robbing a bank on LaSalle Street in January or February of 2008 (believed by affiant to be the January 16, 2008 robbery of the U.S. Bank located at 209 South LaSalle Street, Chicago) and a TCF Bank in February or March of 2008 (believed by affiant to be the March 13, 2008 robbery of the TCF Bank located at 1 East Jackson Street, Chicago).

12. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that DARRYL A. ROGERS did, by force and violence, and by intimidation, take approximately $3289.90.00 in United States Currency belonging to and in the care, custody, control, management, and possession of the Charter One Bank branch office located at 2 South State Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
Timothy E. Bacha, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before
me this 1st day of May, 2008

_____
Morton Denlow
United States Magistrate Judge