## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 348 - 1 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA vs. Darryl A. Rogers | | |

**DOCKET ENTRY TEXT**

Initial proceedings held. Defendant appears in response to arrest on 5/1//08. Defendant informed of rights. Enter order appointing Donald Young to represent defendant. Defendant to remain in custody pending preliminary examination hearing and detention hearing set for 5/6/08 at 11:00 a.m.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | DK |
|---|---|---|