FILED
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 348     **JUDGE ZAGEL** |
| v. | ) | |
| DARRYL ROGERS | ) | Violations: Title 18, United States Code, Section 2113(a) |

**MAGISTRATE JUDGE DENLOW**

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DARRYL ROGERS,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $2,699 in United States Currency, belonging to, and in the care, custody, control, management, and possession of U.S. Bank, located at 209 S. LaSalle St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 13, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DARRYL ROGERS,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $1,116 in United States Currency, belonging to, and in the care, custody, control, management, and possession of TCF Bank, located at 333 S. State Blvd., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 2, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DARRYL ROGERS,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $3,289.90 in United States Currency, belonging to, and in the care, custody, control, management, and possession of Charter One Bank, located at 2 S. State St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY