UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X If the answer is "Yes", list the case number and title of the earliest filed complaint:
US v. Rogers 08CR348  Denlow   **JUDGE ZAGEL**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):   **MAGISTRATE JUDGE DENLOW**

3) Is this re-filing of a previously dismissed indictment or information? NO X YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO X YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO X YES ☐

6) What level of offense is this indictment or information? FELONY X MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO X YES ☐

8) Does this indictment or information include a conspiracy count? NO X YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| X Bank robbery ......... (II) | ☐ Other Fraud ........... (III) | ☐ Immigration Laws ........... (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ........... (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act ............ (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ........... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
Title 18 U.S.C. § 2113(a)

FILED
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Maureen Merin
Assistant United States Attorney