UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Darryl A Rogers

Defendant.

Case No.: 1:08−cr−00348
Honorable James B. Zagel

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

MINUTE entry before the Honorable James B. Zagel:As to Darryl A Rogers, status hearing held on 6/5/2008. Arraignment reset for 6/12/2008 at 10:00 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 6/4/2008 to 6/12/2008. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.