IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 0 2008
Jul 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
Plaintiff )
)
) Judge: _James Zagel_
vs. ) Case No: _08 CR 348_
_Darryl Rogers_ )
Defendant ) 08cr 348

## MOTION FOR SUBSTITUTION OF COUNSEL

Now comes the defendant, _Darryl Rogers_, Pro Se, by and through his own means and requests the Court to enter an order to schedule a hearing on THE MOTION FOR SUBSTITUTE COUNSEL, and in support thereof states:

1. That attorney, _Donald V. Young_, was appointed by this court to the Criminal Justice Act to represent the defendant, _Darryl Rogers_, in the case before bar.

2. Defendant has irreconcilable differences with Counsel of record that has resulted in the total lack of communication preventing an adequate defense in the case before bar, within the meaning of UNITED STATES v. BJORKMAN, 270 F. 3d 482 (7th. Cir, 2001).

WHEREFORE, defendant, _Darryl Rogers_, Pro Se, to move this Honorable Court to schedule a hearing on the matter.

Prepared by,
_Darryl Rogers_
Defendant
(Pro Se Motion)

_____
Defendant-Pro Se

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
Plaintiff )
)
) Judge: James Zagel
vs. )
) Case No: 08CR348
Darryl Rogers )
Defendant )

## PROOF OF SERVICE

Darryl Rogers, Pro Se, certifies under the penalty of perjury, that he served a copy of this notice and the attached pleading on the parties to whom it is directed by mailing said copy postage prepaid into a depositry marked legal mail located within the Metropolitan Correctional Center, 71 W. Van Buren St., Chicago, Il. 60605 on the ___1___ day of ___July___. 2005.

Darryl Rogers
_____(print), Pro Se
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605