IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
Plaintiff )
)
vs. ) Judge: ZAGEL
) Case No: 08 CR 348
Darryl Rogers )
Defendant )

08 cr 348

NOTICE OF MOTION

To: Patrick J. Fitzgerald            Donald V. Young
Northern District                    20 N. Clark suite 1725
of Illinois                          Chicago, ILL
Eastern Division                     60602

PLEASE TAKE NOTICE that on July 1, 2005 I, Darryl Rogers, defendant, have mailed a NOTICE OF MOTION and NOTICE FOR SUBSTITUTION OF COUNSEL with a PROOF OF SERVICE to the above parties along with copies to the District Clerk's Office at 219 s. Dearborn St., Chicago, Il. 60604

Darryl Rogers
_____ (Pro Se Motion)
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago. Il. 60605