## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 348 | **DATE** | 7/24/2008 |
| **CASE TITLE** | UNITED STATES vs. ROGERS | | |

**DOCKET ENTRY TEXT**

Motion for substitution of counsel [13] is granted. The appearance of Donald V. Young is withdrawn. Federal Defender Panel attorney to be appointed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|