## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  ИS V ROGERS

Case Number: O8CR 348

O8cr348  **FILED**

AUG 1 4 2008
Aug 14, 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

(In the space below, enter the name of the party or parties being represented)

**FILED** DARRYL ROGERS

AUG 1 4 2008

**JUDGE JAMES B. ZAGEL**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) | J. CLIFFORD GREENE, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ *[signature]* |
| FIRM | LAW OFFICE OF J. CLIFFORD GREENE, JR |
| STREET ADDRESS | 53 W. JACKSON BLVD SUITE 1304 |
| CITY/STATE/ZIP | CHICAGO, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-663-1400 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | YES |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | YES |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | YES |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

| RETAINED COUNSEL | APPOINTED COUNSEL X |
|---|---|